## Claims Proposed Distribution

### Case:  05-22705   BARRETT, STEFANIE KATHERYN

| Case Balance: | $86,999.03 | Total Proposed Payment: | $86,999.03 | | Remaining Balance: | $0.00 | |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| A | David E. Rice, Chapter 7 Trustee <2100-00  Trustee Compensation> | Admin Ch. 7 | 3,393.99 | 3,393.99 | 0.00 | 3,393.99 | 3,393.99 | 83,605.04 |
| B | David E. Rice, Chapter 7 Trustee <2200-00  Trustee Expenses> | Admin Ch. 7 | 40.05 | 40.05 | 0.00 | 40.05 | 40.05 | 83,564.99 |
| 1 | Laura Margulies & Associates, LLC | Unsecured | 800.00 | 800.00 | 0.00 | 800.00 | 800.00 | 82,764.99 |
| 1I | Laura Margulies & Associates, LLC | Unsecured | 77.24 | 77.24 | 0.00 | 77.24 | 77.24 | 82,687.75 |
| 2 | Internal Revenue Service | Unsecured | 2,431.45 | 2,431.45 | 0.00 | 2,431.45 | 2,431.45 | 80,256.30 |
| 2 | Internal Revenue Service | Priority | 5,013.98 | 5,013.98 | 0.00 | 5,013.98 | 5,013.98 | 75,242.32 |
| 2I | Internal Revenue Service | Unsecured | 234.75 | 234.75 | 0.00 | 234.75 | 234.75 | 75,007.57 |
| 2I | Internal Revenue Service | Unsecured | 484.08 | 484.08 | 0.00 | 484.08 | 484.08 | 74,523.49 |
| 3 | Discover Financial Services | Unsecured | 1,211.45 | 1,211.45 | 0.00 | 1,211.45 | 1,211.45 | 73,312.04 |
| 3I | Discover Financial Services | Unsecured | 116.96 | 116.96 | 0.00 | 116.96 | 116.96 | 73,195.08 |
| 4 | New York Community Bank | Secured | 75,320.32 | 0.00 | 0.00 | 0.00 | 0.00 | 73,195.08 |
| 5 | B-Line, LLC/Sherman Acquisition, LLC | Unsecured | 5,802.59 | 5,802.59 | 0.00 | 5,802.59 | 5,802.59 | 67,392.49 |
| 5I | B-Line, LLC/Sherman Acquisition, LLC | Unsecured | 560.22 | 560.22 | 0.00 | 560.22 | 560.22 | 66,832.27 |
| 6 | Bryant Gardens Condominium, Inc. | Unsecured | 3,570.49 | 0.00 | 0.00 | 0.00 | 0.00 | 66,832.27 |
| 7 | LVNV Funding LLC., its successors and assigns, as | Unsecured | 1,359.81 | 1,359.81 | 0.00 | 1,359.81 | 1,359.81 | 65,472.46 |
| 7I | LVNV Funding LLC., its successors and assigns, as | Unsecured | 131.29 | 131.29 | 0.00 | 131.29 | 131.29 | 65,341.17 |
| 8 | CAPITAL ONE BANK | Unsecured | 809.08 | 809.08 | 0.00 | 809.08 | 809.08 | 64,532.09 |
| 8I | CAPITAL ONE BANK | Unsecured | 78.11 | 78.11 | 0.00 | 78.11 | 78.11 | 64,453.98 |
| 9 | Bryant Gardens Condominium, Inc. | Unsecured | 2,833.63 | 0.00 | 0.00 | 0.00 | 0.00 | 64,453.98 |
| 10 | Verizon Wireless Northeast | Unsecured | 446.06 | 446.06 | 0.00 | 446.06 | 446.06 | 64,007.92 |
| 10I | Verizon Wireless Northeast | Unsecured | 43.07 | 43.07 | 0.00 | 43.07 | 43.07 | 63,964.85 |
| 11 | Verizon Wireless Northeast | Unsecured | 446.06 | 0.00 | 0.00 | 0.00 | 0.00 | 63,964.85 |
| 12 | Bryant Gardens Condominium, Inc. | Secured | 1,404.35 | 1,404.35 | 0.00 | 1,404.35 | 1,404.35 | 62,560.50 |
| 12 | Bryant Gardens Condominium, Inc. | Unsecured | 1,610.28 | 1,610.28 | 0.00 | 1,610.28 | 1,610.28 | 60,950.22 |
| 12I | Bryant Gardens Condominium, Inc. | Unsecured | 135.59 | 135.59 | 0.00 | 135.59 | 135.59 | 60,814.63 |

## Claims Proposed Distribution

### Case:  05-22705   BARRETT, STEFANIE KATHERYN

| Case Balance: | $86,999.03 | Total Proposed Payment: | $86,999.03 | | Remaining Balance: | | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 12I | Bryant Gardens Condominium, Inc. | Unsecured | 155.47 | 155.47 | 0.00 | 155.47 | 155.47 | 60,659.16 |
| BOND | MRSC <2300-00  Bond Payments> | Admin Ch. 7 | 100.03 | 100.03 | 100.03 | 0.00 | 0.00 | 60,659.16 |
| SURPLUS | BARRETT, STEFANIE KATHERYN | Unsecured | 60,659.16 | 60,659.16 | 0.00 | 60,659.16 | 60,659.16 | 0.00 |
| | Total for Case 05-22705 : | | $169,269.56 | $87,099.06 | $100.03 | $86,999.03 | $86,999.03 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $3,534.07 | $3,534.07 | $100.03 | $3,434.04 | 100.000000% |
| Total Priority Claims : | $5,013.98 | $5,013.98 | $0.00 | $5,013.98 | 100.000000% |
| Total Secured Claims : | $76,724.67 | $1,404.35 | $0.00 | $1,404.35 | 100.000000% |
| Total Unsecured Claims : | $83,996.84 | $77,146.66 | $0.00 | $77,146.66 | 100.000000% |