**PART A**  FORM 4 - Distribution Report for Closed Asset Cases  Version 2

Case No.   : 1610522705  
Case Name : BARRETT, STEFANIE KATHERYN  
Date Filed/Converted to Ch. 7 : 08/24/06  

Date Submitted: 01/29/09  
Trustee Name  : David E. Rice, Chapter 7 Trustee  

|  | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---|---|
| **GROSS RECEIPTS** | $87,146.44 | 100.00% |
| Less: Funds Paid to Debtor: | | |
|     Exemptions | 0.00 | 0.00% |
|     Excess Funds | 60,525.47 | 69.45% |
|     Funds Paid to 3rd Parties | 1,995.87 | 2.29% |
| **NET RECEIPTS (basis for computing maximum trustee fee)** | **$24,625.10** | **28.26%** |

|  | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| **SECURED CLAIMS:** | | | |
|   Real Estate | $1,404.35 | $1,404.35 | 1.61% |
|   Personal Property & Intangibles | 0.00 | 0.00 | 0.00% |
|   Internal Revenue Service Tax Liens | 0.00 | 0.00 | 0.00% |
|   Other Governmental Tax Liens | 0.00 | 0.00 | 0.00% |
| **TOTAL SECURED CLAIMS** | $1,404.35 | $1,404.35 | 1.61% |
| PRIORITY CLAIMS: | | | |
| CHAPTER 7 ADMINISTRATIVE FEES 507(a)(1)(C) and (2), and CHARGES under Title 28, Chapter 123: | | | |
|   Trustee Fees | $3,393.99 | $3,393.99 | 3.89% |
|   Trustee Expenses | 40.05 | 40.05 | 0.05% |
|   Legal Fees & Expenses: | | | |
|     Trustee's Firm Legal Fees | 0.00 | 0.00 | 0.00% |
|     Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
|     Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
|     Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
|   Accounting Fees & Expenses: | | | |
|     Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
|     Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
|     Other Firm's Accounting Fees | 0.00 | 0.00 | 0.00% |
|     Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
|   Real Estate Commissions | 0.00 | 0.00 | 0.00% |
|   Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
|   Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
|   Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
|   Expenses of Operating Business in Chapter 7 | 0.00 | 0.00 | 0.00% |
|   Other Expenses | 100.03 | 100.03 | 0.11% |
|   Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
|   Other State or Local Income or Business Taxes | 0.00 | 0.00 | 0.00% |
|   U.S. Trustee Fees | 0.00 | 0.00 | 0.00% |
|   Court Costs | 0.00 | 0.00 | 0.00% |
| **TOTAL CHAPTER 7 ADMINISTRATIVE FEES & CHARGES** | $3,534.07 | $3,534.07 | 4.06% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1)(C) and (2)   (From attached Part B)** | $0.00 | $0.00 | 0.00% |
| WAGES 507(a)(3) | 0.00 | 0.00 | 0.00% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS 507(a)(4) | 0.00 | 0.00 | 0.00% |
| ALIMONY & CHILD SUPPORT 507(a)(7) | 0.00 | 0.00 | 0.00% |
| CLAIMS ON GOVERNMENTAL UNITS 507(a)(8) | 5,013.98 | 5,013.98 | 5.75% |
| OTHER 507(a)(2), (5), (6) & (9) | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIORITY CLAIMS: WAGES 507(a)(3) through OTHER 507(a)(2),(5),(6) & (9)** | $5,013.98 | $5,013.98 | 5.75% |
| **GENERAL UNSECURED CLAIMS** | $16,668.57 | $14,672.70 | 16.84% |
| **TOTAL DISBURSEMENTS** | **$26,620.97** | **$24,625.10** | **28.26%** |

**PART B**      **FORM 4 - Distribution Report for Closed Asset Cases**     Version 2

**Case No.** : 1610522705     **Date Submitted:** 01/29/09
**Case Name :** BARRETT, STEFANIE KATHERYN     **Trustee Name :** David E. Rice, Chapter 7 Trustee
**Date Filed/Converted to Ch. 7 :** 08/24/06

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---:|---:|---:|
| PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1): | | | |
| Trustee Fees | 0.00 | 0.00 | 0.00% |
| Trustee Expenses | 0.00 | 0.00 | 0.00% |
| Legal Fees & Expenses: | | | |
|   Trustee's Firm Legal Fees | 0.00 | 0.00 | 0.00% |
|   Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
|   Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
|   Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
|   Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
|   Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
|   Other Firm's Accounting Fees | 0.00 | 0.00 | 0.00% |
|   Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Real Estate Commissions | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
| Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
| Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
| Other State or Local Taxes | 0.00 | 0.00 | 0.00% |
| Operating Expenses | 0.00 | 0.00 | 0.00% |
| Other Expenses | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | $0.00 | $0.00 | 0.00% |