UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

In re:                                     )
                                           )
   Stefanie Kathern Barrett                )   Bankruptcy Case No: 05-22705
                                           )   Chapter 7
         Debtor(s)                         )
                                           )
_____)

## MOTION TO WITHDRAW UNCLAIMED FUNDS
## FROM THE COURT REGISTRY

Dilks & Knopik, LLC, hereinafter called Applicant, who is the Attorney-in-Fact for Resurgent Capital Services LP, Claimant, and respectfully moves the Court to enter an Order to Withdraw Unclaimed Funds from the Court Registry that are owed to the Claimant. The Applicant states:

1. The trustee appointed by the Court in this case did deposit in the Court's Registry of Unclaimed Funds the amount of $1,502.88. The Claimant did not receive the funds because: The original dividend check was sent to a LVNV Funding. Resurgent Capital Services is authorized to act on behalf of LVNV Funding LLC as evidenced by Exhibit A & B. LVNV Funding LLC remains the owner of the account as evidenced by Exhibit C

2. To the best of my knowledge and belief, there is no dispute or controversy as to these funds, their availability or to whom they belong.

3. Resurgent Capital Services LP has appointed Dilks & Knopik, LLC its Attorney-in-Fact for the collection of these funds. (Please see the attached Power of Attorney).

4. Applicant is aware of the state law requirements for being a personal representative.

5. Claimants current address and phone number are:

   Resurgent Capital Services LP
   Lisa Landreth Manager
   15 South Main Street
   Greenville, SC 29601
   864-248-8372
   Last four digits of SS#/Tax ID: 9845

WHEREFORE, Applicant asks the Court to enter an order to the Clerk of the Court to release said funds to Claimant c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027.

Respectfully Submitted:

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-Fact for
Resurgent Capital Services LP
PO Box 2728
Issaquah, WA 98027
877-836-5728 x 123

On 9/1/2011 before me, Brian J. Dilks, personally appeared, personally known to me (or proved *to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within* instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Andrew T. Drake, Notary Public
[Seal] for the State of Washington, County of King
My Commission Expires: August 9, 2015

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

In re:                                    )
    Stefanie Kathern Barrett            )   Bankruptcy Case No: 05-22705
                                          )   Chapter 7
    Debtor(s)                          )
                                          )

## CERTIFICATE OF SERVICE

Notice is hereby given to the Court that on September 1, 2011 the US Attorney for the District of Maryland at 36 S. Charles Street, Baltimore, MD 21201, was advised via first class mail of the intent of the individual(s) or entity below (hereafter "Claimant") to request the withdrawal of funds from the Court's Registry of Unclaimed Funds.

Resurgent Capital Services LP
15 South Main Street
Greenville, SC 29601

Respectfully Submitted:

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027
877-836-5728 x 123
Attorney-in-Fact for
Resurgent Capital Services LP

**SUBSCRIBED AND SWORN TO BEFORE ME** this _1st_ day of _September_, 20_11_, in the County of King, State of Washington

Andrew T. Drake - Notary Public
Date Commission Expires: August 9, 2015

