## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**Date: 6/5/14**

In re:   Case No.:   05–22705 JS     Chapter:  7

Stefanie Katheryn Barrett
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT:   100 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $1,502.88 Filed by Resurgent Capital Services LP . (Neal, Phaedra)

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 6/19/14.**

CURE:   1. The debtors name on all of the documents is not correct.
2. The full tax identification is required.
3. Need authorization that Latonya McDowell can act on behalf of Resurgent.
4. The W–9 is incorrect, must be from Resurgent.

CONSEQUENCE:   Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Phaedra Neal  301–344–3371

cc:   Debtor(s)
Attorney for Debtor(s) – Laura J. Margulies
Movant – Resurgent Capital Services LP

Form defntc (11/2013)